**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

T.S.,

Plaintiff,

vs.

WYNDHAM HOTELS & RESORTS, INC. f/k/a WYNDHAM WORLDWIDE CORPORATION, d/b/a SUPER 8 HOTEL, SARAH HOSPITALITY, INC., WYNDHAM HOTEL GROUP, LLC, AND SUPER 8 WORLDWIDE, INC.

Defendants.

Case No. 23-cv-02530-PJS-ECW

**PLAINTIFF'S NOTICE OF HEARING ON MOTION TO PROCEED UNDER PSEUDONYM**

---

**PLEASE TAKE NOTICE** that Plaintiff T.S., by and through the undersigned counsel, will bring on for hearing a Motion to Proceed Under Pseudonym at a date, time and place, or by Zoom for Government, to be determined by the Court.

**Dated: June 25, 2024**

**SIEBENCAREY, P.A.**
901 Marquette Avenue, Ste. 500
Minneapolis, MN 55402
Phone: (612) 333-9762
jeffrey.montpetit@knowyourrights.com

/s/ Jeffrey Montpetit
By:
Jeffrey M. Montpetit (SBN 0291249)

**PROVOST ★ UMPHREY LAW FIRM, L.L.P.**
Darren L. Brown, TX
Bryan O. Blevins, Jr., TX SBN 02487300
350 Pine Street, Ste. 1100
Beaumont, TX 77701
(409) 835-6000 Telephone
dbrown@pulf.com
bblevins@pulf.com

*/s/ Darren Brown*
By:
Darren L. Brown (TX SBN 03108350)

**ATTORNEYS FOR PLAINTIFF**