**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| T.S.,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM HOTELS AND RESORTS, INC. f/k/a WYNDHAM WORLDWIDE CORPORATION, d/b/a SUPER 8 HOTEL, SARAH HOSPITALITY, INC., WYNDHAM HOTEL GROUP, LLC AND SUPER 8 WORLDWIDE, INC.,<br><br>Defendants. | Case No. 0:23-cv-02530-PJS-ECW<br><br>**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I hereby certify that Defendants Wyndham Hotels & Resorts, Inc., Wyndham Hotel Group, LLC and Super 8 Worldwide, Inc.'s (the "Wyndham Defendants") Opposition to Motion for Protective Order complies with Local Rule 7.1(f). I further certify that, in preparation of this Opposition Memorandum, I used Word for Office 365, and that this word processing program has been applied specifically to include all text in 13-point font size, including headings, footnotes, and quotations in the following word count. I further certify that the above referenced Memorandum contains 1,470 words.

Date: July 2, 2024

By: s/ *Erica H. MacDonald*
Erica H. MacDonald (# 0387609)
Kacie Phillips Tawfic (#0399980)
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center,
90 South Seventh Street
Minneapolis, Minnesota 55402
T: 612.766.7161

Email: erica.macdonald@faegredrinker.com
kacie.tawfic@faegredrinker.com

David S. Sager (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2570
F: 973.520.2551
Email: david.sager@us.dlapiper.com

*Attorneys for Defendants*
*Wyndham Hotels & Resorts, Inc.,*
*Wyndham Hotel Group, LLC, and*
*Super 8 Worldwide, Inc.*